UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-80512-CV-MIDDLEBROOKS

DAVID W. KAZNECKI, *individually*
*and on behalf of all others similarly situated*,

     Plaintiff,

v.

EXP REALTY, LLC,

     Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal, filed on May 10, 2021. (DE 17). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) This case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **WITHOUT PREJUDICE** as to any other member of the putative class's claims.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) Any pending motions are **DENIED AS MOOT**.

(4) Each Party shall bear its own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 11th day of May, 2021.

                                                  Donald M. Middlebrooks
                                                  United States District Judge

cc:     Counsel of Record